# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155697 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 155697
                                  COA: 335359
                                  Wayne CC: 99-011015-FC

MICHAEL B. REED,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 6, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



s0226

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2018



                             Clerk